UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA : CRIM. NO. 12-131(SRC)

v. :

MICHELLE MASSARO : ORDER

---

This matter having been opened to the Court upon application of Richard J. Verde, attorney for Defendant, Michelle Massaro, and Paul J. Fishman, United States Attorney for the District of New Jersey (Randall Cook, Assistant U.S. Attorney appearing) for an Order to allow the release of the lien pursuant to the Appearance Bond on the real property (home) of the Co-Signer Rene Massaro from the time period of March 30, 2012 to April 13, 2012 in order for Rene Massaro to refinance her real property (home) and Pre-Trial Services (by Officer Mertice Evans) and Randall Cook, Assistant U.S. Attorney consenting to said release of lien for said time period and for good cause shown;

It is on this 30th day of March, 2012

1

**ORDERED** that the lien pursuant to the Appearance Bond on the real property (home) of Rene Massaro is released for the time period of March 30, 2012 to April 13, 2012 in order for said Rene Massaro to refinance her real property (home) and it is further **ORDERED** that all other conditions of bail shall be maintained.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

_____
RANDALL H. COOK
ASSISTANT U.S. ATTORNEY

FOR: _____
RICHARD J. VERDE, ESQ.
DEFENSE COUNSEL