UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------
UNITED STATES OF AMERICA    :    CRIM. NO. 12-131(SRC)

v.                          :

MICHELLE MASSARO            :    ORDER
---------------------------------------------

This matter having been opened to the Court upon application of Richard J. Verde, attorney for Defendant, Michelle Massaro, and Paul J. Fishman, United States Attorney for the District of New Jersey (Randall Cook, Assistant U.S. Attorney appearing) for an Order to allow the release of the lien pursuant to the Appearance Bond on the real property (home) of the Co-Signer Rene Massaro from the time period of April 14, 2012 to April 30, 2012 in order for Rene Massaro to refinance her real property (home) and Pre-Trial Services (by Officer Mertice Evans) and Randall Cook, Assistant U.S. Attorney consenting to said release of lien for said time period and for good cause shown;

It is on this 17th day of April, 2012

**ORDERED** that the lien pursuant to the Appearance Bond on the real property (home) of Rene Massaro is released for the time period of April 14, 2012 to April 30,

2012 in order for said Rene Massaro to refinance her real property (home) and it is further **ORDERED** that all other conditions of bail shall be maintained.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

Consented and Agreed to by:

Randall Cook, Assistant United States Attorney

Richard J. Verde, Attorney for Rene Massaro